# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 21-3912 CAS (MRW) | Date | September 21, 2021 |
| Title | Perez v. Koenig | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | Veronica Piper | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Petitioner: | Attorneys for Respondent: |
| | n/a | n/a |

**Proceedings:** ORDER TO SHOW CAUSE RE: MOTION RESPONSE

1.  In August 2021, the Attorney General moved to dismiss this habeas corpus action. (Docket # 10.) By separate order, the Court informed Petitioner of his obligation (under Local Rule 7-12 and Federal Rule of Civil Procedure 41) to respond to the motion. Petitioner's response was due by September 10, 2021. (Docket # 12.) To date, however, Petitioner has not filed any response to the motion.

2.  Petitioner is ordered to show cause why this action should not summarily be dismissed due to his failure. Petitioner may respond to this order to show cause by filing his opposition to the original motion <u>plus</u> an explanation for his late filing by <u>October 12</u>. The Court will not entertain any request for a continuance but for good cause supported by competent evidence.

**Failure to comply with the terms of this order may result in a recommendation that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Proc. 41(b). <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**